## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **ALLYNE M. GOTTLIEB,** | ) | **CASE NO.1:05CV1764** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **CAPITAL CREATION CO., INC.,** | ) | **OPINION AND ORDER** |
| | ) | |
| **Defendant.** | ) | |

### CHRISTOPHER A. BOYKO, J:

Upon a review of the docket in the captioned case, the Court finds that the Bankruptcy Appeal was entered on July 12, 2005. On July 18, 2005, the Clerk's office sent notice to Appellant of the requirements of Rule 8007. Pursuant to Rules 8007 and 8009 of the Rules of Bankruptcy Procedure, the Appellant is required to serve and file his brief within fifteen days after the entry of the appeal on the docket. Nothing has been filed by Appellant since July 12, 2005, nor has any extension of time been sought.

Therefore, the captioned appeal from the order of the Bankruptcy Judge is dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

April 21, 2006     s/ Christopher A. Boyko
Date     CHRISTOPHER A. BOYKO
    United States District Judge